DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MHC CORTEZ VILLAGE, LLC,

Appellant,

v.

CORTEZ ROAD INVESTMENTS AND FINANCE, INC; and
SOUTHWEST FLORIDA WATER MANAGEMENT
DISTRICT,

Appellees.

No. 2D2023-1315

_____

May 3, 2024

Appeal from the Governing Board of the Southwest Florida Water
Management District.

Daniel E. Nordby and Elise M. Engle of Shutts & Bowen LLP,
Tallahassee; and Matthew R. Chait and Devon A. Woolard of Shutts &
Bowen LLP, West Palm Beach, for Appellant.

Susan Roeder Martin of Nason, Yeager, Gerson, Harris & Fumero, P.A.,
Boca Raton, for Appellee Cortez Road Investments, and Finance, Inc..

Thomasina Moore and John J. Truitt of GrayRobinson, P.A., Tallahassee,
for Appellee Florida Water Management District.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.